# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Carondelet Meramec, LLC**                                      Case No.
                                   Debtor(s)                             Chapter   **11**

AMENDED       **VERIFICATION OF CREDITOR MATRIX**       AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **1** page(s) and is true, correct and complete.

/s/ Kerry Klarfeld
**Kerry Klarfeld**/
Signer/Title

Dated: August 14, 2012   August 27, 2012

Ameren UE
P. O. Box 66301
Saint Louis, MO 63166

Brown Smith Wallace
1050 North Lindbergh
Saint Louis, MO 63132

Classic Aire Care
10466 Baur Blvd.
Saint Louis, MO 63132

IESI- Missouri
196 Northwest Industrial Court
Bridgeton, MO 63044

Laclede Gas
Drawer 2
Saint Louis, MO 63171

MSD
P. O. Box 437
Saint Louis, MO 63166-0437

NBP, Inc.
107 South Meramec
Saint Louis, MO 63105

Ryan Falk Property Mainentance
3122 Pearl Harbor Drive
Saint Ann, MO 63074

Southern Commercial Bank
5515 South Grand Blvd.
Saint Louis, MO 63111


 Internal Revenue Service
 Insolvency 5354 STL
 P. o. Box 7346
 Philadelphia, PA 19101